IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.  1:17-cv-291

KATHY V. LUNA,

     Plaintiff,

v.

GUILFORD COUNTY, NORTH
CAROLINA,

     Defendant.

**NOTICE OF REMOVAL**

NOW COMES Defendant Guilford County, North Carolina ("Guilford County"), reserving all defenses and objections, and, in accordance with 28 U.S.C. § 1446, hereby gives notice of the removal of the above-captioned civil action from the Superior Court Division of the General Court of Justice of Guilford County, North Carolina (17-CVS-3838) to the United States District Court for the Middle District of North Carolina.  This removal is based on the following grounds:

1.     Plaintiff commenced this civil action in the General Court of Justice, Superior Court Division, of Guilford County, North Carolina, on or about March 1, 2017.

2.     Plaintiff, through the Guilford County Sheriff's Department, served Defendant with the Summons and Complaint on March 3, 2017.

3.   In the Complaint, Plaintiff asserts against Defendant a cause of action based upon an alleged violation of 42 U.S.C. § 2000e-3(a).

4.   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, grants this Court jurisdiction over this action.  42 U.S.C. § 2000e-5(f)(3).

5.   Because the Title VII claim arises under the laws of the United States and the resolution of the claim will depend upon determinations of substantial questions of federal law and because those federal laws provide for the protection of civil rights, this Court has original jurisdiction over this action.  28 U.S.C. § 1331.

6.   To the extent that Plaintiff purports to assert any claim that arises under state law, this Court has supplemental jurisdiction over any such claim.

7.   This civil action may be properly removed from state court to this Court.  28 U.S.C. § 1441(a).

8.   This removal notice complies with all procedural requirements. 28 U.S.C. §1446.

a.   This Notice of Removal is filed within thirty days after receipt by Defendant, through service or otherwise, of a copy of the initial

pleading setting forth the claim for relief upon which this action is based, and the time for filing this Notice of Removal has not expired.

b.      Copies of all process, pleadings, and orders served upon Defendant in this action are attached hereto as Exhibit A.

c.      Promptly after this Notice of Removal is filed, Defendant will give written notice of the removal of this action to all adverse parties and will file a copy of the Notice of Removal with the Clerk of the Superior Court of Guilford County, North Carolina.  This Notice of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, Defendant Guilford County, North Carolina, respectfully requests that this civil action be removed to the United States District Court for the Middle District of North Carolina and that the Court enter such other relief as is just and proper.

This the 31st day of March, 2017.

/s/ Fred T. Hamlet
Fred T. Hamlet, Esq.
NC State Bar No. 07772
The Dixie Building, Suite 500
125 South Elm Street
Greensboro, N.C. 27401
Telephone: (336) 378-9751
Fax: (336) 378-9968
hamletatty@earthlink.net

/s/ L. Nicole Patino
Linda Nicole Patino, Esq.
NC State Bar No. 049453
The Dixie Building, Suite 500
125 South Elm Street
Greensboro, N.C., 27401
Phone: (336) 378-9751
Fax: (336) 378-9968
hamletatty@gmail.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned attorney for the Defendant certifies that a copy of the foregoing NOTICE OF REMOVAL has been served by Electronic Filing and U.S. Mail, first-class, postage pre-paid, to the following:

> Norman B. Smith, Esq.
> P.O. Box 990
> Greensboro, NC 27402-0990
> Telephone: (336)274-2992
> Facsimile: (336)274-8490
> normanbsmith@earthlink.net
>
> *Counsel for Plaintiff*

This the 31st day of March, 2017.

> /s/ Fred T. Hamlet
> Fred T. Hamlet, Esq.
> NC State Bar No. 07772
> The Dixie Building, Suite 500
> 125 South Elm Street
> Greensboro, N.C. 27401
> Telephone: (336) 378-9751
> Fax: (336) 378-9968
> hamletatty@earthlink.net
>
> *Counsel for Defendant*